# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title:** | Robert Joseph Kofron | **Case No:** 10-46343 - C - 7 |
| | | **Date:** 2/8/11 |
| | | **Time:** 09:30 |
| **Matter:** | [18] – Motion/Application for Relief from Stay [PD-1] Filed by Creditor Bank of America, National Association (Fee Paid $150) (jrus) | |
| | [18] – Motion/Application for Adequate Protection [PD-1] Filed by Creditor Bank of America, National Association (jrus) | |
| **Judge:** | Christopher M. Klein | |
| **Courtroom Deputy:** | Teresa Jackson | |
| **Reporter:** | Diamond Reporters | |
| **Department:** | C | |

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as to the interest of the trustee, and denied as moot as to the interest of the debtor, with respect to the property described in the motion, commonly known as: 1210 Pennsylvania Avenue, Fairfield, CA. Resolved without oral argument.

Dated: February 24, 2011

United States Bankruptcy Judge